### George B. Ransom v. Alfred Glossop.

1.  DAMAGES—*No Recovery for a Breach of a Contract by Person Not
a Party.*—A person can not recover damages for the breach of a contract
to which he is not a party.

Assumpsit, for the breach of a contract.   Appeal from the Circuit
Court of Morgan County; the Hon. ROBERT B. SHIRLEY, Judge, pre-
siding.   Heard in this court at the May term, 1900.   Affirmed.   Opin-
ion filed December 7, 1900.

SMITH & HAIRGROVE, attorneys for appellant.

CHARLES A. BARNES and JAMES O. PRIEST, attorneys for
appellee.

MR. PRESIDING JUSTICE HARKER delivered the opinion of
the court.

Appellant began suit before a justice of the peace against
appellee and his farm tenant, one Edward Gillham, to re-
cover damages for breach of an alleged contract for the sale
of a lot of corn.   The case went to the Circuit Court on
appeal and, after being dismissed as to Gillham, was tried
by a jury.   The court directed a verdict for the defendant,
upon which judgment for costs was rendered against the
plaintiff.

The evidence shows that Gillham raised the corn in ques-
tion upon appellee's farm.  Appellee seemed anxious for
him to sell it in order that he might collect his rent, and

advised appellant to buy it.   Appellant's son, as agent for his father, made a contract with Gillham for the purchase of the corn.   There was no sort of delivery of the corn made at the time, and no payment was made.   When appellant's son subsequently went to the cribs for the purpose of measuring the corn, he found that appellee had levied a distress warrant upon it for rent, and Gillham refused to allow him to take any of it.

It is clear under the facts that the title to the corn never passed to appellant.   If appellant is entitled to damages for breach of contract, he can not recover them in a suit against appellee because appellee was not a party to the contract.   The Circuit Court properly directed a verdict, therefore, and the judgment will be affirmed.